Dismissed and Memorandum Opinion filed September 1, 2005









Dismissed and Memorandum Opinion filed September 1,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00079-CV

____________

 

RAY GERAMI aka ABDOLREZA GERAMIFER, Individually,

and TEXAS GASAHOL, INC., Appellants

 

V.

 

AMERICAN
EXPRESS TRAVEL RELATED SERVICES, INC., Appellee

 



 

On Appeal from the
County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause
No. 803,874

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 6,
2004.  On August 26, 2005, appellants
filed a motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed September 1, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.